Revell v. Merchants Carpet and Interiors, et. al.                                                    Doc. 6

Case 2:06-cv-02927-GEB-EFB   Document 6   Filed 01/05/2007   Page 1 of 2

```
 1
 2
 3
 4
 5
 6
 7                     IN THE UNITED STATES DISTRICT COURT
 8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10                                     )
    ANN REVELL,                        )   2:06-cv-02927-GEB-EFB
11                                     )
                   Plaintiff,          )   RELATED CASE ORDER
12                                     )
         v.                            )
13                                     )
    MERCHANTS CARPET & INTERIORS,      )
14  a California corporation;          )
    THOMAS FIREK, an individual;       )
15  BENJAMIN HAMMOND, an               )
    individual; and DOES 1-10,         )
16                                     )
                   Defendants.         )
17  _____)
                                       )
18  KEITH JOHNSON,                     )   2:06-cv-02928-DFL-EFB
                                       )
19                 Plaintiff,          )
                                       )
20       v.                            )
                                       )
21  MERCHANTS CARPET & INTERIORS,      )
    a California corporation;          )
22  THOMAS FIREK, an individual;       )
    BENJAMIN HAMMOND, an               )
23  individual; ULTIMATE               )
    STAFFING SERVICES, a               )
24  California corporation;            )
    and DOES 1-10,                     )
25                                     )
                   Defendants.         )
26  _____)

27          Examination of the above-entitled actions reveals that the
28  actions are related within the meaning of Local Rule 83-123(a).  The
```

1

actions involve many of the same parties, are based on the same or similar claims, and involve similar questions of fact and law. Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:06-cv-02928-DFL-EFB is hereby reassigned to Judge Garland E. Burrell, Jr. for all further proceedings, and any dates currently set in the reassigned case are VACATED.

IT IS FURTHER ORDERED that the caption on documents filed in the reassigned case shall show the case number as 2:06-cv-02928-GEB-EFB. A status conference in 2:06-cv-02928-GEB-EFB is set for March 26, 2007, at 9:00 a.m.

The Clerk of Court shall make an appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: January 5, 2007

GARLAND E. BURRELL, JR.
United States District Judge